NO. 07-06-0299-CV





IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL B



SEPTEMBER 13, 2006


______________________________



RITA MORENO ANDRADE, Individually and as Representative


of the Estate of JOSE ISABEL ANDRADE, Deceased, and as


Next Friend for GUSTAVO ANDRADE MORENO, a Minor Child;


ISABEL ANDRADE PARRA; BERTHA ANDRADE PARRA;


VICTORIANO ANDRADE PARRA; ESTELA ANDRADE PARRA,



 Appellants


V.



DISCOUNT TIRE COMPANY OF TEXAS, INC.,


 

 Appellee

_________________________________



FROM THE 63rd DISTRICT COURT OF VAL VERDE COUNTY;



NO. 24678-B; HON. THOMAS F. LEE, PRESIDING


_______________________________



ORDER DISMISSING APPEAL


 _______________________________


Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ. 

 Appellants, by and through their attorneys, have moved to dismiss the appeal
numbered above due to all matters having been resolved between the parties. Without
passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate
Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at the request
of appellants, no motion for rehearing will be entertained, and our mandate will issue
forthwith.



 Brian Quinn

 Chief Justice


 



>
Do not publish.